1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant LOVRIN
6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,           )    No. CR 13-558 RS
                                        )
11              Plaintiff,              )    **STIPULATION AND [PROPOSED]**
                                        )    **ORDER FOR CONTINUANCE OF**
12      v.                              )    **STATUS CONFERENCE**
                                        )
13  GEORGE LOVRIN,                      )    Date:  September 17, 2013
                                        )    Time:  2:30 p.m.
14              Defendant.              )    Court: The Honorable Richard Seeborg
                                        )
15  _____

16

17       The parties hereby stipulate and agree as follows:

18       1.   This matter is currently set for a status conference on September 17, 2013 at 2:30

19            p.m.;

20       2.   Defendant requests a continuance of this date.  The purpose of the continuance is

21            for effective preparation of counsel and to allow the parties to continue to

22            negotiate a disposition in this matter.  The parties are actively working to reach

23            agreement on the case;

24       3.   In the meantime, investigation is ongoing on the part of the defense;

25       4.   Given that nothing is likely to happen on September 17, 2013 except the parties'

26            request for a new date, the defendant requests a continuance due to the fact that he

13-558 RS; Stipulation to Continue              1

1   has young children at home, and he lives in Lake County (which is a 6 hour drive

2   round trip) and would appreciate the Court allowing a one-time continuance via

3   paper (rather than by personal appearance);

4   5.   Counsel for the government has been contacted and has no objection to the

5   continuance;

6   6.   The defense thus requests that the hearing be continued and set for a change of

7   plea hearing on October 1, 2013 at 2:30 p.m.

8   5.   Further, and in light of the foregoing, the parties stipulate and jointly request that

9   time be excluded from the Speedy Trial Act calculations from September 17,

10   2013 through October 1, 2013.  The parties agree that the ends of justice served by

11   granting such a continuance outweigh the best interests of the public and the

12   defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

13   IT IS SO STIPULATED.

14   Dated: September 13, 2013

15

16   _____/s/_____
     ELIZABETH M. FALK
     ASSISTANT FEDERAL PUBLIC DEFENDER

17

18

19   Dated: September 13, 2013      _____/s/_____
20   FRANK RIEBLI
     ASSISTANT UNITED STATES ATTORNEY

21

22

23

24

25

26

13-558 RS; Stipulation to Continue            2

1

2
## [~~PROPOSED~~] ORDER

3

4         For the reasons set forth above, the hearing in the aforementioned matter is hereby

5   CONTINUED from September 17, 2013 to October 1, 2013 at 2:30 p.m.

6         In addition, for the reasons stated above, the Court finds that an exclusion of time from

7   September 17, 2013 to October 1, 2013 is warranted and that the ends of justice served by the

8   continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18

9   U.S.C. §3161 (h)(7)(A).

10

11

12        **IT IS SO ORDERED**.

13

14  DATED:  9/13/13                          _____

15                                          THE HONORABLE RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26