STUART HANLON, SBN: 66104
SARA RIEF, SBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
GEORGE LOVRIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  CR13-00558 RS |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) ) ) | |
| GEORGE LOVRIN, | ) ) | |
| Defendant. | ) ) ) | |

      The parties were last before this Court on October 1, 2013.  A substitution and initial appearance was made by Stuart Hanlon.   Discovery was provided to defense counsel approximately a week thereafter.   The Government has been in trial and Mr. Hanlon will be out of state this next week at a legal conference.  Therefore, the parties have not had time to meet in confer regarding this case.  Further, the defense needs additional time for their own investigation.   Given the scheduling conflicts and the need for additional time for preparation of defense counsel, the parties are requesting the currently set date of November 19, 2013 be continued to December 10, 2013 at 2:30 p.m. for status.

      **IT IS HEREBY STIPULATED** by the parties that time shall be excluded from November 19, 2013 until December 10, 2013 pursuant  to 18 U.S.C. Section 3161(h)(8)(B)(a)

and (h)(8)(B)(iv) for the following reasons: necessary for the effective preparation of defense counsel taking into account the exercise of due diligence and for continuity of counsel.

It is therefore stipulated between the parties that this case be continued until December 10, 2013 for status.

Dated: November 12, 2013         s/Stuart Hanlon, CSBN: 66104
                                 Attorney for Defendant
                                 GEORGE LOVRIN
                                 179 11th Street, 2nd Floor
                                 San Francisco, CA 94103
                                 415/864-5600
                                 stuart@stuarthanlonlaw.com


Dated: November 12, 2013         s/Frank Riebli
                                 Assistant U.S. Attorney
                                 Office of The U.S. Attorney
                                 450 Golden Gate Avenue, 11th Floor
                                 San Francisco, CA 94102

## ORDER

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that the Status Conference Hearing in the above-captioned matter be continued from November 19th, 2013 to December 10th, 2013 at 2:30 p.m and that time be excluded under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: 11/12/13                  _____
                                 Honorable Judge Richard Seeborg
                                 United States District Judge