1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    J. DOUGLAS WILSON (DCBN 412811)
3   Chief, Criminal Division

4   FRANK J. RIEBLI (CSBN 221152)
    Assistant United States Attorney
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-6935
         FAX: (415) 436-7234
7        Frank.Riebli@usdoj.gov

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )   CASE NO. CR 13-558 RS
                                        )
14          Plaintiff,                  )   STIPULATION AND
                                        )   [PROPOSED]
15      v.                              )   ORDER EXCLUDING TIME
                                        )
16  GEORGE JAMES LOVRIN,                )
                                        )
17                                      )
            Defendants.                 )
18  _____ )

19

20

21          On December 10, 2013, at 2:30 p.m., the government and defendant George James LOVRIN

22  appeared before the District Court through counsel.  The parties agreed to return for on January 21, 2014

23  at 2:30 p.m., for a change of plea or trial setting.  The government and LOVRIN's counsel are

24  continuing to discuss resolution and LOVRIN's counsel require time to discuss the case with their client.

25  Therefore, the parties agreed that time should be excluded between December 10, 2013 and January 21,

26  2014 in order to ensure the effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

27  ///

28  ///

ORDER EXCLUDING TIME
CR 13-558 RS

1   The parties agree that the ends of justice served by granting the continuance outweigh the best

2   interest of the public and the defendant in a speedy trial.

3   SO STIPULATED.

4   DATED: December 10, 2013                                 Respectfully submitted,

5                                                           MELINDA HAAG
                                                            United States Attorney
6

7                                                           _____/s/_____

8                                                           FRANK J. RIEBLI
                                                            Assistant United States Attorney
9

10

11                                                          _____/s/ FJR with permission_____
                                                            STUART HANLON
12                                                          Attorney for George James Lovrin

13

14   For the reasons stated above, the Court finds that the exclusion of time from December 10, 2013

15   through and including January 21, 2014 is warranted and that the ends of justice served by the

16   continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

17   3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective

18   preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

19   SO ORDERED.

20   DATED: December _11_, 2013.                            _____

21                                                          HONORABLE RICHARD SEEBORG
                                                            United States District Court Judge
22

23

24

25

26

27

28

ORDER EXCLUDING TIME
CR 13-558 RS