MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6935
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 13-558 RS |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| v. | ) |
| GEORGE JAMES LOVRIN, | ) |
| Defendant. | ) |

## STIPULATION

On January 21, 2014, at 2:30 p.m., the government and defendant George James LOVRIN appeared before the District Court through counsel. The parties agreed to return on February 18, 2014, at 2:30 p.m., for a change of plea or trial setting. Additional discovery has been produced since the last court appearance, and the government and LOVRIN's counsel are continuing to discuss resolution. LOVRIN's counsel requires time to review the discovery, investigate this matter, and confer with the defendant, taking into account the exercise of due diligence.

Therefore, the parties agreed that time should be excluded between January 21, 2014 and February 18, 2014 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER EXCLUDING TIME
CR 13-558 RS

1 The parties agree that the ends of justice served by granting the continuance outweigh the best
2 interest of the public and the defendant in a speedy trial.
3     SO STIPULATED.

4 DATED: January 21, 2014                    Respectfully submitted,

5                                            MELINDA HAAG
                                             United States Attorney
6                                            _____/s/_____
7                                            FRANK J. RIEBLI
                                             Assistant United States Attorney
8

9 DATED: January 21, 2014                    _____/s/_____
                                             STUART HANLON
10                                           Attorney for George James Lovrin
11

12                              [~~PROPOSED~~] ORDER

13 For the reasons stated in the above stipulation, the Court finds that the exclusion of time from
14 January 21, 2014 through and including February 18, 2014 is warranted and that the ends of justice
15 served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.
16 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant
17 effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §
18 3161(h)(7)(B)(iv).
19     IT IS SO ORDERED.
20 DATED: January 22, 2014                   _____
21                                           HONORABLE RICHARD SEEBORG
                                             United States District Court Judge

ORDER EXCLUDING TIME
CR 13-558 RS